IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IVAN GONZALEZ,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1901

Opinion filed October 21, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Ivan Gonzalez, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

   This petition for writ of mandamus seeks to compel the circuit court to rule on a pending motion for postconviction relief. The state has filed a status report showing

that the circuit court has scheduled an evidentiary hearing on the pending motion. Accordingly, we are satisfied that reasonable measures are being taken to ensure that petitioner's motion will be disposed of as promptly as circumstances permit. Accordingly, while we encourage the circuit court to continue its efforts to expeditiously dispose of the motion pending below, we deny the petition for writ of mandamus. <u>Wilson v. State</u>, 775 So. 2d 1003 (Fla. 1st DCA 2001).

WOLF, BENTON, and MAKAR, JJ., CONCUR.